UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61971-CIV-ZLOCH

ROBERTO GONZALEZ,

      Plaintiff,                  **FINAL ORDER OF DISMISSAL**

vs.

MYRA HARBOR CAFÉ, LLC,

      Defendant.
_____/

      THIS MATTER is before the Court upon the Joint Motion For Approval And Entry Of Consent Decree (DE 11), filed herein by both Parties. The Court has carefully reviewed said Motion, the Parties' Consent Decree (DE 11-1), the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Parties' Joint Motion For Approval And Entry Of Consent Decree (DE 11) be and the same is hereby **GRANTED**;

      2. The Parties' Consent Decree (DE 11-1) be and the same is hereby approved, adopted, and ratified by the Court;

      3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

      4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Settlement pursuant to the Parties' Consent Decree (DE 11-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of November, 2016.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record